```
 1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
      A Limited Liability Partnership
 2    Including Professional Corporations
    PETER H. KLEE, Cal. Bar No. 111707
 3  pklee@sheppardmullin.com
    MARC J. FELDMAN, Cal. Bar No. 144830
 4  mfeldman@sheppardmullin.com
    501 West Broadway, 19th Floor
 5  San Diego, California 92101-3598
    Telephone:  619.338.6500
 6  Facsimile:   619.234.3815

 7  Attorneys for Allstate Insurance Company

 8

 9              UNITED STATES DISTRICT COURT

10         CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

11
```

| | |
|---|---|
| BARBARA GUFFY, as an individual, and as Co-Trustee for The Guffy Family Trust, Dated November 4, 1998, and BETTY GUFFY, as an individual, and as Co-Trustee for The Guffy Family Trust, Dated November 4, 1998,<br><br>Plaintiffs,<br><br>v.<br><br>ALLSTATE INSURANCE COMPANY, a corporation, and DOES 1-10,<br><br>Defendant. | Case No. 5:20-cv-01064-FLA-SP<br><br>**JOINT NOTICE OF SETTLEMENT AND WITHDRAWAL OF MOTION AND CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>**Hearing Date:** August 20, 2021<br>**Time:** 1:30 PM<br><br>Hon. Fernando L. Aenlle-Rocha<br>Dept.: 6B<br><br>Complaint Filed: May 20, 2020<br>Trial Date: November 9, 2021 |

SMRH:4850-7951-8197.2

Case No. 5:20-cv-01064-DMG-SPx
JOINT NOTICE OF SETTLEMENT AND WITHDRAWAL OF MOTION AND CROSS-MOTION PARTIAL SUMMARY JUDGMENT

**TO THE COURT AND ALL PARTIES:**

**PLEASE TAKE NOTICE** that, at a mediation held on August 5, 2021, the parties settled this matter.

Therefore, Defendant Allstate Insurance Company and Plaintiffs Barbara Guffy and Betty Guffy withdraw, and request that the Court take off calendar, their respective Motion and Cross-Motion for Partial Summary Judgment, currently set to be heard on August 20, 2021.

The parties anticipate filing a stipulation for dismissal in approximately 30 days, once final settlement documents have been executed and settlement funds have cleared.

Dated: August 5, 2021        SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By    *s/ Marc J. Feldman*
          MARC J. FELDMAN

Attorneys for Allstate Insurance Company

Dated: August 5, 2021        KERLEY SCHAFFER LLP

By    *s/ Dylan L. Schaffer*
          DYLAN L. SCHAFFER

Attorneys for Plaintiffs

SMRH:4850-7951-8197.2

-1-

Case No. 5:20-cv-01064-DMG-SPx
JOINT NOTICE OF SETTLEMENT AND WITHDRAWAL OF MOTION AND CROSS-MOTION PARTIAL SUMMARY JUDGMENT