SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
 A Limited Liability Partnership
 Including Professional Corporations
PETER H. KLEE, Cal. Bar No. 111707
pklee@sheppardmullin.com
MARC J. FELDMAN, Cal. Bar No. 144830
mfeldman@sheppardmullin.com
501 West Broadway, 19th Floor
San Diego, California 92101-3598
Telephone: 619.338.6500
Facsimile: 619.234.3815

Attorneys for Allstate Insurance Company

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| BARBARA GUFFY, as an individual, and as Co-Trustee for The Guffy Family Trust, Dated November 4, 1998, and BETTY GUFFY, as an individual, and as Co-Trustee for The Guffy Family Trust, Dated November 4, 1998,<br><br>   Plaintiffs,<br><br> v.<br><br>ALLSTATE INSURANCE COMPANY, a corporation, and DOES 1-10,<br><br>   Defendant. | Case No. 5:20-cv-01064-FLA-SP<br><br>**STIPULATION FOR DISMISSAL**<br><br>Hon. Fernando L. Aenlle-Rocha<br>Dept.: 6B<br><br>Complaint Filed: May 20, 2020<br>Trial Date:   November 9, 2021 |

SMRH:4832-2875-5702.1

Case No. 5:20-cv-01064-FLA-SP
STIPULATION FOR DISMISSAL

The parties have agreed to a settlement of this case.  Therefore, the parties stipulate that:

1. This action be dismissed with prejudice; and
2. The parties will bear their own costs and attorneys' fees.

Dated:  August 23, 2021       SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By        *s/ Marc J. Feldman*
              MARC J. FELDMAN

Attorneys for Allstate Insurance Company

Dated:  August 23, 2021       KERLEY SCHAFFER LLP

By        *s/ Dylan L. Schaffer*
              DYLAN L. SCHAFFER

Attorneys for Plaintiffs