# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES -REOPENING/CLOSING

Case No. 5:20-cv-01064-FLA-SP                Date September 13, 2021

Title: Barbara Guffy, et al.  v. Allstate Insurance Company, et al.

Present: The Honorable  Fernando L. Aenlle-Rocha, United States District Judge

| V.R. Vallery | Not Applicable |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:

None Present

Attorneys Present for Defendants:

None Present

Proceedings:    ☐ In Court        ☒ In Chambers        ☐ Counsel Notified

☐  Case previously closed in error.  Make JS-5.

☒  Case should have been closed on entry dated August 24, 2021          .

☐  Case settled but may be reopened if settlement is not consummated within _____ days. Make JS-6.

☒  Other Make JS-6.

☐  Entered _____.

Initials of Preparer _____    VRV